# THE LAW OFFICES OF SCOTT

34-18 Northern Blvd., Ste. B28  Tel: (929) 344-5545
Long Island City, NY 11101  Fax: (929) 344-5546

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2020

August 2, 2020

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

By ECF

        Re:    *Gonzalez v. Citusa Park Avenue, LLC*
               Case No. 20 CV 2326 (AT) (KHP)

Dear Judge Torres:

      This firm represents the Plaintiff, Luis Gonzalez, in the above-referenced action. Pursuant to Rule I(C) of this Court's Individual Practices, I am writing to request an extension of the deadline to submit a letter-motion requesting *Cheeks* approval of the parties' settlement agreement in this matter. The current deadline is August 5, 2020, and Plaintiff respectfully requests that this deadline be extended to August 14, 2020. Plaintiff requires additional time to review certain edits recently proposed by Defendant before finalizing the settlement agreement. This is the first request for an extension of this deadline. Defendant does not oppose the requested extension.

                              Respectfully submitted,

                              /s/ Scott Caplan

                              Scott Caplan

GRANTED. The time for the parties to submit their motion requesting approval of the settlement agreement is EXTENDED to **August 14, 2020**.

SO ORDERED.

Dated:  August 3, 2020
          New York, New York

_____
ANALISA TORRES
United States District Judge